FILED
FEB 19 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  ROGER VASQUEZ-CISNEROS  Defendant. | CASE NO. 09CR3094-001-GT  **ORDER** |

For good cause shown, IT IS HEREBY ORDERED that the United States Marshall house the defendant Roger Vasquez-Cisneros, Register No. 16003-298, in San Diego through the sentencing hearing for Mr. Vasquez-Cisneros which is presently set for March 4, 2010, before the Honorable Gordon Thompson, Jr.

DATED: Feb. 19, 2010

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE

CC: USM

-1-